LITTLER MENDELSON
A Professional Corporation
Andrew P. Marks (AM0361)
885 Third Avenue, 16th Floor
New York, NY 10022
212.583.9600
  Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DREYFUSS,<br><br>     Plaintiff,<br><br>  -against-<br><br>ETELECARE GLOBAL SOLUTIONS-US, INC.,<br>a Delaware corporation,<br><br>     Defendant. | Index No.: 08 CV 1115 (RJS)<br><br>**NOTICE OF APPEARANCE**<br><br>**Electronically Filed** |

  **PLEASE TAKE NOTICE** that Andrew P. Marks (AM-0361), a shareholder with the law firm of Littler Mendelson, a Professional Corporation, 885 Third Avenue, 16th Floor, New York, New York, 10022, hereby appears as counsel for Defendant eTelecare Global Solutions, Inc., and that a copy of all papers in this action should be served upon the undersigned at the office and post office address stated below.

Dated: February 25, 2008
    New York, New York

             **LITTLER MENDELSON, P.C.**

             /s Andrew P. Marks
             Andrew P. Marks (AM0361)
             885 Third Avenue, 16th Floor
             New York, NY 10022.4834
             212.583.9600
              Attorneys for Defendant

LITTLER MENDELSON
A Professional Corporation
Andrew P. Marks (AM0361)
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600
  Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DREYFUSS, | Index No.: 08 CV 1115 (RJS) |
| Plaintiff, | |
| -against- | **CERTIFICATE OF SERVICE** |
| ETELECARE GLOBAL SOLUTIONS-US, INC., a Delaware corporation, | **Electronically Filed** |
| Defendant. | |

**Andrew P. Marks,** of full age, hereby certifies as follows:

1. I am an attorney with the firm of Littler Mendelson, P.C., counsel for Defendant in the above-captioned action. I am familiar with the facts set forth in this Certification.

2. On February 25, 2008, I caused a true and complete copy of the within **Notice of Appearance** to be electronically filed with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

> Peter Jakab, Esq.
> FEIN & JAKAB
> 233 Broadway, Suite 930
> New York, New York 10279
> Attorneys for Plaintiff

3. I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: February 25, 2008

/s Andrew P. Marks
Andrew P. Marks