Sullivan, J.

LITTLER MENDELSON, P.C.
Andrew P. Marks (AM0361)
885 Third Avenue, 16th Floor
New York, New York 10022.4834
Tel: 212.583.9600
Fax: 212.832.2719
Attorneys for Defendants

```
USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES DREYFUS,

        Plaintiff,

-against-

ETELECARE GLOBAL SOLUTIONS-US, INC.,

        Defendant.

---

08 CV 1115 ( RJS)

**STIPULATION**

DOCUMENT FILED ELECTRONICALLY

    WHEREAS Defendant currently has until April 7, 2008 to move, answer or otherwise respond to the complaint in the above-captioned action; and

    WHEREAS Defendant asserts that the claims asserted in the above-captioned action are subject to arbitration and has provided a copy of the relevant arbitration agreement to Plaintiff; and

    WHEREAS Plaintiff requires some additional time to consider whether to consent to arbitration; and

    WHEREAS Defendant desires to avoid the time and expense associated with a motion to compel arbitration;

    NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, between the parties in the above captioned action, that to allow time to voluntarily resolve the issue of arbitrability, Defendant's time to answer, move or otherwise respond to plaintiffs' Amended Complaint shall be extended to and including April 30, 2008.

    No prior request for an extension has been made.


FEIN & JAKAB

By: _____
Peter Jakab (PJ8553)
The Woolworth Building
233 Broadway, Suite 930
New York, NY 10279
Tel: (212) 732-9290
Fax: (212) 227-6479
*Attorneys for Plaintiff*

LITTLER MENDELSON, PC

By: _____
Andrew Marks (AM0361)
885 Third Avenue, 16th Fl
New York, New York 10022-4834
Tel: (212) 583-9600
Fax: (212) 832-2719

*Attorney for Defendant*

SO ORDERED:
4/1/08

Hon. Richard J. Sullivan

Firmwide:84688533.1 059182.1001
DRAFT 3/26/08 10:08 AM