UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08
```

JAMES DREYFUSS,

        Plaintiff,

-v-

ETELECARE GLOBAL SOLUTIONS-US INC.,

        Defendant.

No. 08 Civ. 1115 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference on May 13, 2008, the Court adopted the following schedule:

    Defendant's motion to compel arbitration shall be filed and served on or before May 27, 2008.

    Plaintiff's opposition papers shall be filed and served on or before June 24, 2008.

    Defendant's reply papers shall be filed and served on or before June 27, 2008.

SO ORDERED.

Dated:    May 13, 2008
            New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE