LITTLER MENDELSON, P.C.
Andrew P. Marks (AM0361)
Deke W. Bond (DB0349)
885 Third Avenue, 16th Floor
New York, New York  10022.4834
Tel:  212.583.9600
Fax:  212.832.2719
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAMES DREYFUSS,<br><br>            Plaintiff,<br><br>    -against-<br><br>ETELECARE GLOBAL SOLUTIONS-US, INC.,<br><br>            Defendant. | 08 CV 1115 (RJS)<br><br>**NOTICE OF APPEARANCE**<br><br>**DOCUMENT FILED ELECTRONICALLY** |

---

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Defendant eTelecare Global Solutions-US, Inc. in the above-captioned matter.

Dated: May 27, 2008
       New York, New York

LITTLER MENDELSON, P.C.

/s/ Deke W. Bond
Deke W. Bond (DB0349)
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600 (telephone)
212.832.2719 (facsimile)
dbond@littler.com (email)

Attorneys for Defendant

To:    Peter Jakab, Esq.
       Fein & Jakab
       233 Broadway, Suite 930
       New York, New York  10279
       Attorneys for Plaintiff
       (Via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DREYFUSS,<br><br>    Plaintiff,<br><br>-against-<br><br>ETELECARE GLOBAL SOLUTIONS-US, INC.,<br><br>    Defendant. | 08 CV 1115 (RJS)<br><br><br>**<u>CERTIFICATE OF SERVICE</u>**<br><br><br>**DOCUMENT FILED ELECTRONICALLY** |

  I hereby certify that on May 27, 2008, I served the foregoing by filing it electronically with Clerk of the above-captioned Court using its CM/ECF systems:

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed this 27th day of May, 2008, in New York, New York.


            /s/ Deke W. Bond
            Deke W. Bond

Firmwide:85299884.1 059182.1001