LITTLER MENDELSON, P.C.
Andrew P. Marks (AM-0361)
Deke w. Bond (DB-0349)
885 Third Avenue, 16th Floor
New York, New York 10022.4834
Tel: 212.583.9600
Fax: 212.832.2719
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DREYFUSS,<br><br>          Plaintiff,<br><br>  -against-<br><br>ETELECARE GLOBAL SOLUTIONS-US, INC.,<br><br>          Defendant. | 08 CV 1115 (RJS)<br><br>**NOTICE OF MOTION**<br><br>**DOCUMENT FILED ELECTRONICALLY** |

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support, and the accompanying declarations of Mary Sculley and Andrew P. Marks, Esq., and their respective exhibits, Defendant, by the undersigned counsel, will move this Court, before the Honorable Richard J. Sullivan, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on a day deemed suitable by the Court, for an Order dismissing Plaintiff's claims and compelling Plaintiff to submit those claims to arbitration or, in the alternative, striking Plaintiff's demand for a jury trial and granting such further relief as the Court may deem just and proper.

Dated: New York, New York  
      May 27, 2008

LITTLER MENDELSON, P.C.

By:   /s/ Deke W. Bond  
Andrew P. Marks (AM-0361)  
Deke W. Bond (DB-0349)  
885 Third Avenue, 16th Floor  
New York, New York 10022  
Tel:   212.583.9600  
Email: amarks@littler.com  
Attorneys for Defendant

To:   Peter Jakab, Esq.  
Fein & Jakab  
233 Broadway, Suite 930  
New York, New York 10279  
Attorneys for Plaintiff  
(Via ECF and U.S. Mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DREYFUSS,<br><br>   Plaintiff,<br><br>-against-<br><br>ETELECARE GLOBAL SOLUTIONS-US, INC.,<br><br>   Defendant. | 08 CV 1115 (RJS)<br><br>**CERTIFICATE OF SERVICE**<br><br>**DOCUMENT FILED ELECTRONICALLY** |

  I hereby certify that on May 27, 2008, I served the foregoing on the following by filing it electronically with Clerk of the above-captioned Court using its CM/ECF systems and by also sending a copy via First Class Mail, by placing said copy into a sealed envelope with postage affixed thereon into an official depository under the exclusive care and custody of the United States Postal Service, upon:

    Peter Jakab, Esq.
    Fein & Jakab
    233 Broadway, Suite 930
    New York, New York  10279
    Attorneys for Plaintiff

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed this 27th day of May, 2008, in New York, New York.

                       /s/ Deke W. Bond