UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6\11\08

JAMES DREYFUSS,

                Plaintiff,

    -v-

ETELECARE GLOBAL SOLUTIONS-US INC.,

                Defendant.

No. 08 Civ. 1115 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of two letters, one from plaintiff and one from defendant, dated June 4, 2008, and June 9, 2008, respectively. The letters outline a discovery dispute that has arisen between the parties in connection with the defendant's motion to dismiss.

    The Court shall conduct a telephone conference on _____ June 16, 2008 _____ at __ 11 AM __ to address this issue. Once all parties are on the line, the parties should call Chambers at (212) 805-0264.

SO ORDERED.

Dated:    June 11, 2008
            New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE