UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES DREYFUSS,

          Plaintiff,

-v-

ETELECARE GLOBAL SOLUTIONS-US INC.,

          Defendant.

No. 08 Civ. 1115 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

RICHARD J. SULLIVAN, District Judge:

    During the telephone conference on June 16, 2008, the Court adopted the following schedule:

> On or before June 20 2008, defendant shall produce to plaintiff all arbitration agreements contained in defendant's active personnel files.
>
> Plaintiff shall file and serve opposition papers to defendant's motion to compel arbitration on or before July 9, 2008.
>
> Defendant shall file and serve reply papers on or before July 16, 2008.

SO ORDERED.

Dated:    June 6, 2008
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE