# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

June 17, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

Andrew P. Marks
Direct: 212.583.2661
Fax: 212.832.2719
amarks@littler.com

*Via Federal Express*

Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   Dreyfuss v. eTelecare Global Solutions, Inc.
         Case No. 08-CV-1115 (RJS)

Dear Judge Sullivan:

I write to seek clarification of your Order dated June 16, 2008. You have directed defendant to produce to plaintiff all arbitration agreements contained in defendant's active personnel files. However, plaintiff had requested only agreements entered into between 2002 and 2004, and those are the documents I had asked my client to obtain. I assume that that is all that need be produced. If additional documentation is necessary, we will need an extension of time because Mary Sculley is currently traveling in Asia on business.

Respectfully,

Andrew P. Marks (AM0361)

cc:   Peter Jakab, Esq. (via Federal Express)

As discussed on the record during the June 16, 2008 conference call, defendants need only produce agreements from the relevant time period, which is 2002 to 2004.

SO ORDERED
6/19/08
RICHARD J. SULLIVAN
U.S.D.J.

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM
885 Third Avenue, 16th Floor, New York, New York 10022.4834   Tel: 212.583.9600   Fax: 212.832.2719   www.littler.com