USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES DREYFUSS,

        Plaintiff,

-v-

ETELECARE GLOBAL SOLUTIONS-US INC.,

        Defendant.

No. 08 Civ. 1115 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Plaintiff, dated April 20, 2009, requesting a "discovery status conference." The Parties are hereby ordered to appear for a conference on Thursday, April 23, 2009 at 3:00 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:     April 21, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE