UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/09

JAMES DREYFUSS,

                Plaintiff,

-v-

ETELECARE GLOBAL SOLUTIONS-US INC.,

                Defendant.

No. 08 Civ. 1115 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated by the Court at the conference held before it on April 27, 2009, the Court hereby extends the deadlines for discovery set forth in the January 26, 2009 Case Management Plan and Scheduling Order by thirty days. No further extensions will be granted. The post-discovery status conference currently scheduled for September 21, 2009 at 9:00 a.m. is adjourned to October 30, 2009 at 9:00 a.m in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. Pre-motion letters regarding dispositive motions, if any, are to be submitted by October 12, 2009; response letters are due by October 15, 2009.

SO ORDERED.

Dated:     April 27, 2009
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE